IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBCO, INC., a Nebraska corporation; and CONSTRUCTORS, INC., a Nebraska corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>TED C. BUTLER, an individual; EMILY DOESCHOT, an individual; and ZACHARY VAISKUNAS, an individual;<br><br>Defendants. | 4:22CV3217<br><br>ORDER |

On December 28, 2023, Plaintiffs filed a Motion to Extend (Filing No. 93) seeking extension of deadlines contained in the Second Amended Final Progression Order (Filing No. 83). Plaintiffs' Motion to Extend indicated that Defendants' counsel agreed that some deadline extensions may be appropriate, but objected to Plaintiffs' proposed revised deadlines. However, as of today's date, Defendants have not submitted a response to Plaintiffs' Motion to Extend and Defendants' time for doing so has now expired. Having reviewed the matter, the Court believes Plaintiffs have shown good cause for modification of the progression deadlines.

**IT IS ORDERED** that Plaintiffs' Motion to Extend (Filing No. 93) is granted. The deadlines proposed by Plaintiffs in their Motion to Extend are hereby adopted. An amended progression order will be entered by separate document.

Dated this 17th day of January, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge