# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NEBCO, INC., a Nebraska corporation; and CONSTRUCTORS, INC., a Nebraska corporation;** | **4:22CV3217** |
| **Plaintiffs,** | **ORDER OF RECUSAL** |
| vs. | |
| **TED C. BUTLER; EMILY DOESCHOT; and ZACHARY VAISKUNAS;** | |
| **Defendants.** | |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which provides, "Any . . . magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the docket and pleadings in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer this case to the Chief Judge for reassignment to a different magistrate judge.

Dated this 15th day of April, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge