IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBCO, INC., a Nebraska corporation; and CONSTRUCTORS, INC., a Nebraska corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>TED C. BUTLER, an individual; EMILY DOESCHOT, an individual; and ZACHARY VAISKUNAS, an individual;<br><br>Defendants. | 4:22CV3217<br><br>**ORDER** |

The court has reviewed the submissions on Plaintiffs' Motion to Compel Third Party to Comply with Subpoena (Filing No. 99). To facilitate the court's *in camera* review,

IT IS ORDERED that on or before June 4, 2024:

1. Third Party James Anderson, Forvis f/k/a BKD ("Forvis") shall file, **under seal**, the documents listed in its privilege log which has been filed at Doc. 101-1, pp. 57-58.

    Any questions on how to file these documents under seal should be directed to Nicki Wenzl, (402) 437-1909.

Dated this 21st day of May, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge