IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBCO, INC., a Nebraska corporation; and CONSTRUCTORS, INC., a Nebraska corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>TED C. BUTLER, an individual; EMILY DOESCHOT, an individual; and ZACHARY VAISKUNAS, an individual;<br><br>Defendants. | 4:22CV3217<br><br>**ORDER** |

    This matter is before the court on Defendants' Motion to Extend Progression Deadlines (Filing No. 189) and Plaintiffs' Objection (Filing No. 190). The court has reviewed the pending motion, objection, and Defendant's response to the objection. Being fully advised, the court finds that Defendants' Motion should be granted. Defendants stated good cause, and no prejudice will result as to the non-moving party. The court will adopt an Amended Final Progression Order and extend deadlines as they relate to Defendants' Damages Expert.

Accordingly, IT IS ORDERED:

1. Defendants' Motion to Extend Progression Deadlines (Filing No. 189) is granted.
2. Plaintiffs' Objection (Filing No. 190) is overruled.
3. A separate Final Progression Order will be forthcoming.

Dated this 19th day of March, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge