IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBCO, INC., a Nebraska corporation; and CONSTRUCTORS, INC., a Nebraska corporation; <br><br> Plaintiffs, <br><br> vs. <br><br> TED C. BUTLER, an individual; EMILY DOESCHOT, an individual; and ZACHARY VAISKUNAS, an individual; <br><br> Defendants. | **4:22CV3217** <br><br><br> **JUDGMENT** |

In accordance with the Memorandum and Order entered today, Plaintiffs' Amended Complaint (Filing No. 65) is dismissed.

Dated this 16th day of March, 2026.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge